AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 18 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States of America
v.
DARRELL WAYNE LOVE

Case No. W18CR142

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DARRELL WAYNE LOVE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: VIO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii) - POSSESSION WITH INTENT TO DISTRIBUTE AT LEAST 50 GRAMS OF METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE

Date: 05/08/2018

*J. Beaver*
*Issuing officer's signature*

City and state: Waco, Texas

Jennifer Beaver - Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/10/18, and the person was arrested on *(date)* 6/15/18
at *(city and state)* WACO, TX.

Date: 6/15/18

*Arresting officer's signature*

ANTON SLAVICH
*Printed name and title*